IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONYA COLEMAN LEE ) | |
| ) | No.  1:05-CV-01737 |
| Plaintiff ) | |
| v. ) | |
| ) | |
| NATIONAL ASSOCIATION OF ) | Jury Trial Demanded |
| FORMER FOSTER CARE ) | |
| CHILDREN OF AMERICA ) | |
| ) | |
| Defendant. ) | |

TO:   James C. Bailey

   I acknowledge receipt of your request that I waive service of a summons in the action of Tonya Coleman Lee v. National Association of Former Foster Care Children of America, which is case number 05-CV-01737 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after October 3, 2005.

                    NATIONAL ASSOCIATION OF FORMER
                    FOSTER CARE CHILDREN OF AMERICA

Date: 10/25/05

                    Signature: [signed]
                    Printed/Typed Name: John M. Remy
                    Title: Attorney