UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TONYA COLEMAN LEE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ASSOCIATION OF )<br>FORMER FOSTER CARE )<br>CHILDREN OF AMERICA, INC. )<br>)<br>_____Defendant._____) | Case No.: 05cv1737 |

## DEFENDANT'S LOCAL RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned counsel of record for defendant the National Association for Former Foster Care Children of America, Inc. ("NAFFCCA"), certify to the best of my knowledge and belief the following are parent companies, subsidiaries, or affiliates of NAFFCCA that have outstanding securities in the hands of the public:

None

This representation is made so judges of this Court may determine the need for recusal.

Respectfully submitted,

JACKSON LEWIS LLP

December 1, 2005

By: _____/s/_____
John M. Remy (D.C. Bar No.461244)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I CERTIFY on December 1, 2005, a copy of the foregoing *Defendant's Corporate Disclosure Statement* was faxed and mailed, first-class mail, postage prepaid, to:

James C. Bailey
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Counsel for Plaintiff

/s/
John M. Remy