IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TONYA COLEMAN LEE | ) | |
| | ) | |
| Plaintiff | ) | Case No. 05CV1737 (RJL) |
| vs. | ) | |
| | ) | |
| NATIONAL ASSOCIATION OF | ) | |
| FORMER FOSTER CARE | ) | |
| CHILDREN OF AMERICA | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**JOINT RULE 16.3 REPORT**

The parties to the captioned action hereby submit the following Report in accordance with Local Rule 16.3 of the Civil Rules of this Court. Counsel participated in a telephonic "meet and confer" session on December, 21 2005.

The numbered paragraphs below correspond to identically numbered subparagraphs in Local Rule 16.3(c).

1.  Plaintiff does not believe that her claims can be resolved on summary judgment. Defendant believes this case will be resolved on summary judgment. No dispositive motions filed by either party are currently pending before the Court.

2.  The parties propose that all parties should be joined and all pleadings should be amended by no later than January 15, 2005. The parties believe that no factual or legal issues can be agreed upon or narrowed at this time.

3.  The parties do not desire to have this case referred to a Magistrate Judge in its entirety.

4. It is unclear at this early stage of the litigation whether there is a realistic possibility of settling this case.

5. The parties are willing to participate in alternative dispute resolution procedures. Counsel for both parties have discussed alternative dispute resolution with their clients. <u>The parties request referral to a Magistrate Judge for settlement discussions as soon as possible</u>.

6. Defendant plans to file a motion for summary judgment. Plaintiff does not anticipate that any of his claims can be resolved on summary judgment. The parties respectfully propose the following schedule for briefing: motions for summary judgment to be served on or before May 17, 2006; oppositions to be served on or before June 17, 2006; reply papers to be served on or before July 1, 2006. The parties propose that a decision on dispositive motions be made within the time frame desired by the Court.

7. The parties propose that they exchange the Initial Disclosures set forth in Rule 26(a) of the Federal Rules of Civil Procedure on or before January 6, 2005.

8. The parties propose that the discovery deadline in this action be set for May 3, 2006. Plaintiff proposes that the limits on the duration and number of depositions, as well as the number of interrogatories, shall be consistent with the limits set forth in the Federal Rules of Civil Procedure and the Civil Rules of this Court.

9. The parties propose that Plaintiff's Rule 26(a)(2) disclosures, if any, be made by February 15, 2006 and Defendant's disclosures, if any, be made by March 29, 2006. The parties do not anticipate that there will be a need for deposition of experts to occur.

10. The matters set forth in Local Rule 16.3(c)(10) are limited to class actions and are thus inapplicable to this case.

11. The parties believe that bifurcation should not be utilized in this case.

12. The parties believe that a pretrial conference should be scheduled approximately thirty days following the Court's disposition of any motion for summary judgment.

13. The parties believe that a trial date should be set at the pretrial conference.

14. No other matters have been discussed between the parties that would be appropriate for inclusion in a scheduling order.

The parties' proposed scheduling order is attached hereto for the Court's consideration.

Dated: December 22, 2005                                     Respectfully submitted,

/s/
_____
James C. Bailey (D.C. # 462391)
jcb@becounsel.com
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 787-3869
Fax: (202) 318-7071
jhe@becounsel.com

**Attorneys for Plaintiff**

_____/s/_____
John M. Remy (D.C. # 461244)
remyj@jacksonlewis.com
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TONYA COLEMAN LEE | ) | |
| | ) | |
| Plaintiff | ) | Case No. 05CV1737 (RJL) |
| vs. | ) | |
| | ) | |
| NATIONAL ASSOCIATION OF | ) | |
| FORMER FOSTER CARE | ) | |
| CHILDREN OF AMERICA | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Upon consideration of Plaintiff's Rule 16.3 Report and any Report submitted by Defendants, it is hereby

ORDERED that the following schedule for discovery, dispositive motions, pretrial conference and trial is adopted:

| | |
|---|---|
| Initial Disclosures | January 6, 2005 |
| Plaintiff's Rule 26(a)(2) disclosures | February 15, 2006 |
| Defendant's Rule 26(a)(2) disclosures | March 29, 2006 |
| Close of discovery (including expert) | May 3, 2006 |
| Dispositive motions | Served on or before May 17, 2006 |

| | |
|---|---|
| Oppositions to dispositive motions | Served on or before June 17, 2006 |
| Replies to oppositions | Served on or before July 1, 2006 |
| Filing of pretrial statements | Eleven days before pretrial conference |
| Pretrial conference | 30 days after ruling on dispositive motions |
| Trial | To be set at pretrial conference |

This schedule may be modified at any time by the Court's own motion or upon motion of a party upon a showing of good cause or with the consent of all other parties.

Entered this _____ day of _____ 2006.

_____
United States District Judge

Copies to:

James C. Bailey
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C.  20036

John M. Remy
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182

**CERTIFICATE OF SERVICE**

I, James C. Bailey, hereby certify that on this 22$^d$ day of December 2005, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

John M. Remy
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22182

_____//s//_____
James C. Bailey