PRAECIPE

# United States District Court
## for the District of Columbia

the __10th__ day of __February__, ~~19~~ __2006__

__TONYA COLEMAN LEE__
vs.
__NATIONAL ASSOCIATION OF FORMER FOSTER CARE CHILDREN OF AMERICA, INC.__

Civil / ~~Criminal~~ Action No. __05-CV-1737__

The Clerk of said Court will __The parties have reached a settlement in the captioned matter and will be filing a stipulation re: same in the next week.__

Date: __2/10/06__

Signature: __/s/ J.C.B.__

BAR IDENTIFICATION NO.: __462391__

Print Name: __James C. Bailey__

Address: __1155 Connecticut Ave. NW, Ste. 1100__

City: __Wash.__   State: __DC__   Zip Code: __20036__

Phone Number: __202-787-3869__

For the Plaintiff

John L. Remy
John M. Remy
Jackson Lewis LLP
8614 Westwood Center Drive
Vienna VA 22181
703-821-4306
counsel for defendant

CERTIFICATE OF SERVICE

__/s/ Tonya L. Coleman-Lee__
TONYA COLEMAN LEE

__/s/ Roese A.__