UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TONYA COLEMAN LEE | ) |
| | ) |
| Plaintiff, | )   Case No.: 05cv1737 |
| | ) |
| v. | ) |
| | ) |
| NATIONAL ASSOCIATION OF | ) |
| FORMER FOSTER CARE | ) |
| CHILDREN OF AMERICA, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Tonya Coleman Lee and defendant the National Association of Former Foster Care Children of America, Inc. ("NAFFCCA"), through counsel, hereby stipulate to the dismissal of the above-captioned matter with prejudice with each party to bear its own costs. The parties have resolved this matter to their mutual satisfaction and dismissal with prejudice is therefore appropriate.

Respectfully submitted,

**BAILEY & EHRENBERG PLLC**

March 20, 2006                By: _____/s/_____
James C. Bailey (D.C. Bar # 462391)
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 787-3869
*Counsel for Plaintiff*

and

**JACKSON LEWIS LLP**

March 20, 2006                By: _____/s/_____
John M. Remy (D.C. Bar # 461244)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)
*Counsel for Defendant*

2